**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **LAKEITH AMIR-SHARIF, #05081644,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-081-B |
| | ) | ECF |
| **DALLAS COUNTY, et al.,** | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| **LAKEITH AMIR-SHARIF, #05081644,** | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0143-K |
| | ) | ECF |
| **DALLAS COUNTY, et al.,** | ) | |
| Defendants. | ) | |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Pursuant to the provisions of 28 U.S.C. §636(b), and an order of the District Court in implementation thereof, the subject cause has been referred to the United States Magistrate Judge. The findings, conclusions and recommendation of the Magistrate Judge are as follows:

FINDINGS AND CONCLUSIONS:

Before the Court are Plaintiff's motions for temporary restraining order and for preliminary injunction filed in the above referenced cases on March 23 and 24, 2006. Both cases are presently before the Court pending preliminary screening pursuant to 28 U.S.C. §§ 1915e

and 1915A, and 42 U.S.C. § 1997e.[1]

In the first motion for TRO, Plaintiff complains Defendants are tampering with his incoming and outgoing legal mail, and have failed to mail to this court two of his motions -- a motion for clarification of filing fee order, and a motion for production and inspection of emergency room discharge. In the second motion for TRO, Plaintiff complains Defendants are prohibiting inmates from receiving any educational or self-help reading materials, magazines, religious and/or daily newspapers sent from the publishers.

The above motions raise claims totally unrelated to the issues pled in Nos. 3:06cv0081-B and 3:06cv0143-K. The complaint filed in No. 3:06cv0081-B alleges claims of deliberate indifference to medical conditions, whereas the complaint filed in No. 3:06cv0143-K alleges general conditions of confinement claims. Accordingly, Plaintiff's motions should be denied without prejudice to Plaintiff seeking leave to amend the general conditions of confinement claims pled in the complaint in No. 3:06cv0143-K.

RECOMMENDATION:

For the foregoing reasons, it is recommended that Plaintiff's motions for a TRO and/or preliminary injunction (docket # 16 and #17) be denied without prejudice to Plaintiff seeking leave to amend the complaint in No. 3:06cv0143-K.

It is further recommended that Plaintiff's motion for clarification of court filing fee order (first attachment to docket #16) be filed in 3:06cv0081-B and 3:06cv0143-K, and that Plaintiff's motion for production and inspection of emergency room discharge (second attachment to

---

[1] On March 13, 2006, the Court issued an order to investigate and prepare a Martinez report in No. 3:06cv0081-B, and on February 23, 2006, it issued a questionnaire to Plaintiff in No. 3:06cv0143-K.

docket #16) be filed in 3:06cv0081-B.

    A copy of this order shall be MAILED to Plaintiff.

    Signed this 28th day of March, 2006.

                                                    _____
                                                    PAUL D. STICKNEY
                                                    UNITED STATES MAGISTRATE JUDGE