**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **LAKEITH AMIR-SHARIF, #05081644,**   )   Plaintiff,   ) ) | |
| **v.**   ) ) | **3:06-CV-0143-K**   **ECF** |
| **DALLAS COUNTY, et al.,**   )   Defendants.   ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the proposed findings and recommendation to which objection was made. The objections are overruled, and the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Plaintiff's motions for a TRO and/or preliminary injunction (docket # 16 and #17) be denied without prejudice to Plaintiff seeking leave to amend the complaint in No. 3:06cv0143-K.

IT IS FURTHER ORDERED that Plaintiff's motion for clarification of court filing fee order (first attachment to docket #16) be filed in No. 3:06cv0143-K.

SO ORDERED this   18th   day of   April  , 2006.


           s/Ed Kinkeade
           ED KINKEADE
           UNITED STATES DISTRICT JUDGE