IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAKEITH AMIR-SHARIF, | ) | |
| # 05081644, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 3:06-CV-0143-K |
| | ) | ECF |
| DALLAS COUNTY, et al., | ) | |
|     Defendants. | ) | |

### ORDER ACCEPTING THE FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions and recommendation in this case on Defendants' Cross Motion for Summary Judgment (doc. 134). Plaintiff filed objections, and the District Court has made a *de novo* review of those portions of the findings, conclusions and recommendation to which objections were made. The Court accepts the findings, conclusions and recommendation of the United States Magistrate Judge. Therefore, Defendants' summary judgment motion is **GRANTED**. Plaintiff's Objections filed on April 23, 2007, are **OVERRULED**.

    **SO ORDERED.**

    **Signed** this 1st day of May, 2007.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE